# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 17, 2014

## NO. 03-13-00508-CV

**Tasha Preston, Appellant**

**v.**

**Camden Ridgecrest, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on July 15, 2013. Having reviewed the record, the Court holds that Tasha Preston has not prosecuted her appeal and did not comply with the notice from the clerk of this Court. The appeal is thus subject to dismissal. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.